Phone: 920.231.2150
Fax: 920.231.5713
E-mail: kalina@ch13oshkosh.com

## Rebecca R Garcia
### Chapter 13 Trustee in Bankruptcy
### EASTERN DISTRICT OF WISCONSIN
2950 Universal Court
P O Box 3170
Oshkosh, WI 54903-3170

June 17, 2015

Clerk, U.S. Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee WI 53202

**Re: Unclaimed Funds**

Dear Clerk:

Enclosed please find check number 507461 in the amount of $2,427.33 sent to you as unclaimed funds. These funds are from case number 09-37708-SVK – Scott & Jennifer Oliver. Funds were originally sent to creditor Louise Oliver. Our payment was returned by the postal office without a forwarding address. We had made attempted to contact Louise Oliver without success. The last address we have for Louise Oliver is 815 S Locust St, Green Bay, WI 54304.

Should you have any questions or need further information, please contact me at (920) 231-2150 ext 113.

Sincerely,

*Kalina Xiong*

Kalina Xiong
Chapter 13 Assistant

Enclosed check number 507461

FILED - MAIL
2015 JUN 19 AM 11:06
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI